
**"UNDER SEAL"**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, N.C.

APR 23 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:08cr86-W |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| FRANK THOMPSON | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrant and the Motion to Seal the Bill of Indictment be sealed until the defendant has been arrested.

This the 23rd day of April, 2008.

Carl Horn, III
UNITED STATES MAGISTRATE JUDGE