# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:08CR86-W

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **FRANK THOMPSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

     This matter is before the Court on the Government's "Motion to Unseal Superseding Indictment" (document # 5) in the above case, filed August 20, 2008. For the reason stated therein, the Motion is hereby **GRANTED**.

     **SO ORDERED.**

Signed: August 21, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge